# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **MELISSA CUNNINGHAM**<br><br>v.<br><br>**DELOITTE TOUCHE TOHMATSU SERVICES, INC.** | **CIVIL ACTION**<br><br>**NO. 18-4583** |
|---|---|

## ORDER

    **AND NOW, TO WIT:** This 29th day of January, 2019, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

                      **KATE BARKMAN**, Clerk of Court

**BY:**    /s/ Lori K. DiSanti
           Lori K. DiSanti
           Deputy Clerk

O:\CIVIL 18\18-4583 CUNNINGHAM V DELOITTE TOUCHE\18CV4583 41B ORDER 01292019.DOCX